UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORGAN LEE BEADLE,<br><br>                Plaintiff,<br><br>    v.<br><br>TOSHA WORDEN,<br><br>                Defendant. | Case No. C22-5140-JHC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Plaintiff's civil rights complaint (Dkt. 3-1) and this action are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    (3)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 3) is DENIED as moot.

    (4)    Plaintiff's application for court appointed counsel (Dkt. 5) is DENIED as moot.

//

(5)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Vaughan.

DATED this 25th day of May, 2022.

*/s/ John H. Chun*

JOHN H. CHUN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2